AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>FIDEL TREVINO<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 21-CR-361 KG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FIDEL TREVINO                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of Ammunition.

Date: 03/18/2021

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

21 MAR 18 PM 1:24

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. CR-21-361 KG |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| ) | Possession of Ammunition. |
| **FIDEL TREVINO**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about August 14, 2020, in Lea County, in the District of New Mexico, the defendant, **FIDEL TREVINO**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) forgery,

(2) possession of a controlled substance, and

(3) possession of a firearm or destructive device by a felon,

knowingly possessed ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **FIDEL TREVINO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to eleven rounds of Hornady 9mm ammunition.

A TRUE BILL:

/s/
---
FOREPERSON OF THE GRAND JURY

*Renee L Camack*
Assistant United States Attorney
ACLT
8/12/2021 2:16 PM

2